FILED

11/03/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0521

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0521
_____

IN RE THE MARRIAGE OF:

ANDREA OKLAND,

      Petitioner and Appellant,                O R D E R

  and

CHRISTOPHER OKLAND,

      Respondent and Appellee.
_____

Appellant Andrea Okland moves to transfer a hearing transcript provided to this Court as part of a previous appeal (DA 21-0331) to this appeal. Good cause appearing,

IT IS THEREFORE ORDERED that the motion is GRANTED. The Clerk is directed to transfer the transcript from Cause No. DA 21-0331 into this case.

DATED this _____ day of November, 2022.

_____
Justice

1

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 3 2022